IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01332-MSK

CANDAL NGUYEN,

       Petitioner,

v.

ALBERTO GONZALEZ, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
MICHAEL GARCIA, Assistant Secretary for Immigration and Customs Enforcement, Department of Homeland Security;
DOUGLAS MAURER, Field Office Director, Office of Detention and Removal, Immigration and Customs Enforcement, Department of Homeland Security; and
J. ALEXANDER, Warden, Global Expertise Outsourcing Contract Detention Facility,

       Respondents.
_____

**ORDER DIRECTING RESPONSE**
_____

       **THIS MATTER** comes before the Court pursuant to the Petitioner's Petition for Writ of *Habeas Corpus* **(# 1)**.

       The Respondents shall file an Answer to the Petition, and copies of all pertinent parts of the administrative record, on or before **September 1, 2005**.

The Petitioner shall remain within the jurisdiction of the Court pending the determination of this case.

Dated this 22d day of July, 2005

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge